United States District Court
Southern District of Texas
**ENTERED**
June 30, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DOUGLAS MENJIVAR, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-02730 |
| | § | |
| RANDALL TATE, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

Before the Court is the Stipulation of Dismissal filed on June 13, 2025.  Doc. #14.  In accordance with the Stipulation of Dismissal and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby ORDERED that this action is hereby DISMISSED WITHOUT PREJUDICE.

It is so ORDERED.

**JUN 3 0 2025**
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge